**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANDREW XING CHEN, | : | |
| Plaintiff, | : | CIVIL CASE NO. |
| | : | |
| v. | : | |
| | : | |
| SHANGHAI YIKON MEDICAL | : | |
| LABORATORY CO., LTD., | : | |
| Defendant. | : | JUNE 8, 2026 |
| | : | |

**PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendant, Shanghai Yikon Medical

Laboratory Co., Ltd. ("Defendant"), respectfully petitions this court as follows:

1. Plaintiff initiated this action on or about May 12, 2026, by filing a Complaint in the

Superior Court J.D. of New London at New London, Connecticut, Case No. KNL-CV26-5026841-

S, titled Andrew Xing Chen v. Shanghai Yikon Medical Laboratory Co., Ltd. (the "State Court

Action"). The Complaint bears a return date of August 10, 2026, which is a Monday. Pursuant to

Connecticut General Statutes § 52-48, civil process is improper.

2. The Defendant is located in China. The Return of Service purports that Defendant

was served on April 3, 2026.  However, the Complaint was not filed until May 12, 2026. Therefore,

in accordance with *Homer v. GMAC Mortg., LLC*, No. 3:10CV1937 JBA, 2011 WL 3859719, at

*2 (D. Conn. Aug. 31, 2011) (finding that defendant's removal clock did not begin until date

complaint was filed), this Notice of Removal is filed within the requisite thirty (30) days. *But see*

*VHS of Arrowhead, Inc. v. Cigna Health & Life Ins. Co.*, No. 3:22-CV-602 (SRU), 2023 WL 2697373, at *3 (D. Conn. Mar. 16, 2023).

3.      Defendant has not served an Answer or other responsive pleading to Plaintiff's Complaint in the State Court Action as the Complaint was not filed until May 12, 2026 and the return date is August 10, 2026.

4.      According to the Summons, the Plaintiff, Andrew Xing Chen is a citizen of the State of Connecticut. Plaintiff lists his address as 55 Arbor Crossing, East Lyme, CT 0633. *See* **Exhibit A**.

5.      Defendant is a Chinese company located in Shanghai China with an address of Building 17, No. 26, Lane 1698, Wangyuan Road, Fengxian District, Shanghai, China. Defendant is an alien corporation as it is not incorporated under the laws of any State in the United States and does not have a principal place of business anywhere in the United States.

6.      Defendants remove this action on grounds of diversity jurisdiction, pursuant to 28 U.S.C. § 1332(a).  This matter is removable on the basis of diversity jurisdiction because the matter in controversy exceeds the sum or value of $75,000.  *See* **Ex. A.**, Complaint ¶24 (Plaintiff is seeking $3,600,000 in compensatory damages alone), exclusive of interest and costs, and is between citizens of different countries.

7.      Defendant asserts that the Court lacks personal jurisdiction over it and that venue is not proper pursuant to 28 U.S.C. § 1391.  Defendant intends to move to dismiss the action after removal.

8.      Defendant is giving this Notice of Removal to all parties and is filing a Notice and copy of this Notice of Removal with the Clerk in the State Court Action.  28 U.S.C. § 1446(d).

9.    A copy of all filings in the State Court Action filed to date are attached hereto collectively as **Exhibit A**.

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant hereby respectfully requests that this action be removed from the Superior Court of the State of Connecticut and henceforth proceed in this Court.

Respectfully submitted,

By: */s/ Brendan N. Gooley*
Brendan N. Gooley, Esq. (ct30584)
Marc G. Bernatchez, Esq. (ct31982)
CARLTON FIELDS, P.A.P.C
One State Street, Suite 1800
Hartford, CT  06103
Tel.: 860-392-5042
Fax: 860-392-5058
bgooley@carltonfields.com
mbernatchez@carltonfields.com

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 8, 2026, the foregoing was electronically filed with the Clerk of the United States Court for the District of Connecticut, using the Court's CM/ECF system which will automatically serve all counsel of record via electronic delivery, and upon the below-named counsel by mailing a hard copy via First Class U.S. Mail and electronically mailing a copy as follows:

Andrew Xing Chen
55 Arbor Crossing
East Lyme, CT 06333
sunnyschb@aol.com

_/s/ Brendan N. Gooley_
Brendan N. Gooley

4